UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRON COSMO CURRY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C09-288-RSM<br>(CR06-110-RSM)<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, Petitioner's Objections to the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. 1) is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 22nd day of October, 2009.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1